IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

**JON BENJAMIN KENNEDY**
**MINDY RANDELL KENNEDY**
   **FKA MINDY RANDELL KING**

    DEBTORS

Case No.: BK-16-12086-JDL
Chapter 13

## OBJECTION TO CHAPTER 13 PLAN OF DEBTOR

Comes now the secured creditor, Ditech Financial LLC, by their attorneys, Baer & Timberlake, P.C., and hereby objects to the Motion to Modify Chapter 13 Plan of Debtors. In support of this Objection, Ditech Financial LLC would show the Court as follows:

1.  Ditech Financial LLC is the holder of a purchase money note and mortgage on the residence, ("mortgaged property") of Debtor.

2.  The Motion to Modify Ch 13 Plan proposes for the Debtors' payments to be suspended for three (3) months, leaving Ditech Financial LLC with no adequate protection and/or payments during this time. Suspending payments to Ditech Financial LLC for three (3) months would also subject Debtors to an arrearage in excess of $3,000.00 in addition to maintaining their current mortgage payments.

3.  Debtors have not filed Amended Schedules I (income) and/or J (expenses).

4.  The reasons given in support of Debtors' request are speculative: alphabetical paragraph C of Debtors' Motion – "income … varies…"; alphabetical paragraph H of Debtors' Motion – "Debtors believe in good faith they will be able to begin making payment again in January, 2018 and pledge their best efforts to do so."

WHEREFORE, PREMISES CONSIDERED, secured creditor, Ditech Financial LLC, moves the Court to reject the proposed Modified Chapter 13 Plan of Debtor and/or to grant adequate

protection and/or for such other and further relief as Ditech Financial LLC may be entitled.

                        DITECH FINANCIAL LLC,

By:     s/ Matthew J. Hudspeth_____
          MATTHEW J. HUDSPETH - #14613
          JIM TIMBERLAKE - #14945
          Baer Timberlake, P.C.
          4200 Perimeter Center, Suite 100
          Oklahoma City, OK 73102
          Telephone: (405) 842-7722
          Fax: (918) 794-2768
          mhudspeth@baer-timberlake.com
          Attorney for Movant

## **CERTIFICATE OF SERVICE**

      I hereby certify that I mailed a true and correct copy of the above and foregoing Objection with postage thereon fully prepaid to the parties listed below on November 22, 2017.

Jon Benjamin Kennedy
Box 271
Blanchard, OK  73010

Mindy Randell Kennedy
Box 271
Blanchard, OK  73010

    The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

John T. Hardeman
P.O. Box 1948
Oklahoma City, OK  73101

James Branum
PO Box 1296
Newcastle, OK  73065

                                            By:        <u>s/ Matthew J. Hudspeth</u>
                                                      MATTHEW J. HUDSPETH - #14613
                                                      JIM TIMBERLAKE - #14945
                                                      Baer Timberlake, P.C.
                                                      4200 Perimeter Center, Suite 100
                                                      Oklahoma City, OK 73102
                                                      Telephone: (405) 842-7722
                                                      Fax: (918) 794-2768
                                                      mhudspeth@baer-timberlake.com
                                                      Attorney for Movant